IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE WILLIAMS, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| KILOLO KIJAKAZI, | : No. 21-cv-04413-RAL |
| Commissioner of Social Security | : |
| Defendant | : |

**O R D E R**

**AND NOW** this 8th day of January 2024, upon consideration of the Parties' submissions, it is **ORDERED** that:

1. Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion filed contemporaneously with this Order;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**